PROB 12C
(6/16)

Report Date: July 2, 2019

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2019

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Patrick Dale Culps                Case Number: 0980 1:17CR02054-SAB-1

Address of Offender:                 Harrah, Washington 98933

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 25, 2019

Original Offense:      Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 15 months;            Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Thomas J. Hanlon               Date Supervision Commenced: January 29, 2019

Defense Attorney:      Gregory Lee Scott              Date Supervision Expires: January 28, 2022

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Culps is considered to be in violation of his conditions of supervision by failing to report to the probation office in person on July 1, 2019.

On January 31, 2019, Mr. Culps reported to the probation office upon his release from custody. Mr. Culps reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

On June 4, 2019, Mr. Culps met with this officer and he was instructed to report to the probation office on July 1, 2019.

On June 18, 2019, this officer attempted to contact Mr. Culps at his residence with no success. This officer called Mr. Culps' listed cell phone number and there was no answer and no option to leave a voice mail message.

Prob12C
Re: Culps, Patrick Dale
July 2, 2019
Page 2

On July 1, 2019, this officer attempted to contact Mr. Culps on his listed cell phone number with no success. This officer contacted Mr. Culps' mother, Corlene Woodward, and asked of Mr. Culps' whereabouts. She stated that he was at her residence. This officer made a request to Ms. Woodward, to let Mr. Culps know he was scheduled to report to the probation office today and to contact this officer immediately.

On July 2, 2019, this officer attempted to contact Ms. Woodward to follow up on this officer's message being relayed to Mr. Culps. Ms. Woodward has not contacted this officer as of the date of this report and Mr. Culps has failed to report or contact the undersigned as directed.

2    **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Culps is considered to be in violation of his conditions of supervision by failing to obtain a substance abuse assessment by July 1, 2019.

On January 31, 2019, Mr. Culps reported to the probation office upon his release from custody. Mr. Culps reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

On June 4, 2019, Mr. Culps was instructed to obtain a substance abuse evaluation by July 1, 2019, to start the process of addressing his chemical addiction. As of the date of this report, Mr. Culps has failed to provide the probation office any proof that he has undergone a substance abuse evaluation.

3    **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Culps is considered to be in violation of his conditions of supervision by consuming methamphetamine on May 12, 2019, and marijuana on or about June 14, 2019.

On January 31, 2019, Mr. Culps reported to the probation office upon his release from custody. Mr. Culps reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

On May 15, 2019, Mr. Culps reported to the probation office to submit to urinalysis (UA) testing. He provided a urine sample that tested presumptive positive for methamphetamine. Mr. Culps admitted having consumed methamphetamine on or about May 12, 2019.

On June 14, 2019, Mr. Culps reported to the probation office to submit to UA testing. He provided a urine sample that tested presumptive positive for marijuana. Mr. Culps denied consuming marijuana and stated to only have been in a vehicle with other individuals that

Prob12C
**Re: Culps, Patrick Dale**
**July 2, 2019**
**Page 3**

were smoking marijuana. The urine sample was sent to a laboratory for confirmation testing. On June 24, 2019, the laboratory test results were received which confirmed the urine specimen provided by Mr. Culps was positive for marijuana.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/02/2019

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

07/03/2019

Date