PROB 12C
(6/16)

Report Date: February 10, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 11, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Patrick Dale Culps, Jr.          Case Number: 0980 1:17CR02054-SAB-1

Address of Offender:  ▓▓▓▓▓▓▓▓▓  Harrah, Washington 98933

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 25, 2019

Original Offense:       Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison - 15 months;          Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Thomas J. Hanlon             Date Supervision Commenced: January 29, 2019

Defense Attorney:       Gregory L. Scott             Date Supervision Expires: January 28, 2022

---

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Culps is considered to be in violation of his supervised release conditions by being arrested on February 6, 2020, in the Eastern District of Washington for Felon in Possession of Ammunition, in violation of 18 U.S.C. § 922(g)(1), docket number 1:20MJ04046-MKD-1.<br><br>On January 31, 2019, Mr. Culps reported to the probation office upon his release from custody. Mr. Culps reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.<br><br>Per the complaint filed February 7, 2020; on February 6, 2020, United States Deputy Marshal Smith was on duty and was notified by a radio transmission from the Yakima County Sheriff's Office that the Yakama Nation Police Department had probable cause to arrest Mr. Culps for assault and he was in possession of a stolen white 2004 Toyota Tundra. The information provided included that Mr. Culps allegedly assaulted his girlfriend with a firearm within the external boundaries of the Yakama Nation Indian Reservation. The dispatcher further advised several patrol units were pursuing Mr. Culps within the boundaries of the Yakama Nation Indian Reservation. Deputy Smith immediately traveled |

to the location where the pursuit was in progress. Mr. Culps was driving westbound on roadways and fields. Deputy Smith joined the pursuit of Mr. Culps. Ultimately, Mr. Culps crashed the truck and fled on foot near the Harrah/White Swan, Washington, area.

It was reported Mr. Culps was attempting to hide in a swamp area. A K9 unit was deployed and made contact with Mr. Culps. Deputy Smith entered the swamp and placed Mr. Culps under arrest. Deputy Smith searched Mr. Culps incident to arrest and discovered a .40 caliber round in his pocket.

On February 7, 2020, Deputy Smith transported the .40 caliber round to the ATF office in Union Gap, Washington. The round was inspected and it was determined that it was manufactured outside of Washington State.

2     **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Culps is considered to be in violation of his supervised release conditions by being arrested on February 6, 2020, for eluding a police vehicle, second degree driving while license suspended, hit and run unattended, possession of a stolen motor vehicle, and resisting arrest, under Yakima County Sheriff's Office case number 20C02089.

On January 31, 2019, Mr. Culps reported to the probation office upon his release from custody. Mr. Culps reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

On February 6, 2020, at approximately 4 p.m., Yakima County Sheriff Deputy Paganelli was looking for a stolen truck that had been taken in an armed robbery, as reported by the Yakama Nation Tribal Police. The truck was described as a white Toyota bearing Washington license plate number C39858M. It had been reported the truck was taken in an armed robbery where the victim had been "pistol whipped." The suspect was believed to be Patrick Dale Culps, Jr. (DOB 10/24/1980).

Yakima County Sheriff Deputy Perez had been advised approximately 30 minutes earlier by a Yakama Nation Tribal Officer that the truck had been seen near Highway 97 and West Wapato Road.

At approximately 4:02 p.m., Deputy Paganelli overheard a Yakama Nation Tribal Police officer on the radio advise he had observed the suspect vehicle on Lateral A Road heading north from McDonald Road. At this time, Deputy Paganelli was on Branch Road heading east and was nearly to Lateral A Road. After several seconds, he observed the white Toyota truck heading north on Lateral A Road nearing Branch Road. Deputy Paganelli observed a Yakama Nation Tribal Police vehicle approximately 1/4 mile behind him with emergency lights on.

At this time, Deputy Paganelli activated his vehicle's emergency lights and audible siren. He advised dispatch he had possibly observed the suspect vehicle. The suspect vehicle then turned east onto Branch Road from Lateral A Road. Deputy Paganelli was able to get close enough to the truck to verify the plate. It was the correct vehicle and was bearing Washington license plate number C39858M.

Deputy Paganelli continued his pursuit of the vehicle through various roadways and fields. He was joined in the pursuit by other police vehicles.

Ultimately, the vehicle got stuck in a marshy creek area and the driver fled on foot.

Officers searched for the driver with assistance from a K9 officer. Mr. Culps was located and given commands to show his hands. Mr. Culps did not comply with commands and would not show his hands as ordered. Multiple officers attempted to secure Mr. Culps and he continued resisting. At some point during the struggle, the K9 officer was deployed and appeared to have gotten a good bite on one of Mr. Culps' lower legs. Eventually, Mr. Culps was controlled and placed in handcuffs behind his back.

According to the police report, the total distance of the pursuit was estimated to be 25 miles, lasted approximately 40 minutes, and reached a top speed estimated to be near 100 miles per hour.

Deputy Paganelli will be forwarding a request to the Yakima County Prosecutor's Office to charge Mr. Culps with the following: eluding a police vehicle, second degree driving while license suspended, hit and run unattended, possession of a stolen motor vehicle, and resisting arrest.

3    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Culps is considered to be in violation of his supervised release conditions by being arrested on February 6, 2020, for assault with a deadly weapon, threats and intimidation, and assault and battery, under Yakama Nation Police Department incident report number 20-001021.

On January 31, 2019, Mr. Culps reported to the probation office upon his release from custody. Mr. Culps reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

On February 6, 2020, at approximately 9:26 a.m., Yakama Nation police officer Sifuentes was dispatched to a counter contact at the police station in regard to a domestic disturbance.

Officer Sifuentes arrived at approximately 9:30 a.m. and made contact with whom the officer recognized to be Rahsenda M. Lewis (DOB 03/25/1989), an enrolled Yakama member. Officer Sifuentes immediately observed a large purple and greenish bruise under her right eye and alongside her right cheek.

Officer Sifuentes introduced herself and asked how she could be of help. Ms. Lewis stated she wanted to report an assault that took place on January 24, 2020, at about 10 p.m. Ms. Lewis stated the assault took place at Frontage Road in between the compound and Highway 97's northbound lane. Ms. Lewis stated her ex-boyfriend, Patrick D. Culps, Jr., (DOB 10-24-1980), an enrolled Yakama member, drove up in a different vehicle driving without headlights on. He got out of the vehicle and assaulted her while she was talking with a female and male.

Officer Sifuentes asked Ms. Lewis how Patrick assaulted her. She said he "Pistol whipped

me, then punched me." Ms. Lewis stated Patrick hit her in the face with his pistol 3 times, then punched her 10 times. Ms. Lewis stated she fell up against her car. Ms. Lewis' injuries are consistent with someone being assaulted by an object. Ms. Lewis stated Patrick then took a few items from her suburban and left in a white BMW.

Officer Sifuentes observed Ms. Lewis constantly looking over her shoulder as if someone was going to come up from behind her. Officer Sifuentes asked if she was expecting someone. Ms. Lewis said, "He followed me here." Officer Sifuentes asked who had followed her. She said, "Patrick followed me here." Ms. Lewis stated he was in her white Toyota Tundra, Washington license plate number C39858M, and is armed with two handguns. Ms. Lewis stated she was scared that he was going to kill her and was scared to go home. Ms. Lewis became upset and looked like she was about to cry.

Ms. Lewis stated Patrick assaulted her when she did not come home to 3960 Barkes Road Harrah, Washington, after work at 10 p.m., on January 24, 2020.

Officer Sifuentes had prior contacts with the vehicle and saw it earlier in the day on February 5, 2020, sometime in the early morning in the Toppenish, Washington, area and was familiar with how the vehicle looked. Officer Sifuentes checked the police department's parking lot for the vehicle, but was unable to locate it.

Ms. Lewis stated that Patrick might be switching vehicles. Officer Sifuentes asked what other vehicle he might be in. She stated a white BMW that belonged to his friend, "Pookie" or her white Toyota Tundra. Officer Sifuentes asked Ms. Lewis where he could be or where he had been known to hang out. Ms. Lewis stated only 3960 Barkes Road Harrah, and that he just drives around all day.

Ms. Lewis stated she is scared to go home and does not want to go to her family's home because she is afraid he might hurt them. Officer Sifuentes asked Ms. Lewis about the children. She stated they were with their father.

When Officer Sifuentes asked Ms. Lewis if she wanted to pursue charges on Patrick, she said, "I don't know, because he might kill me."

Ms. Lewis stated they have been boyfriend and girlfriend for about a year and do not have any children in common.

Ms. Lewis stated her and Patrick have had prior domestic disturbances, but the disturbances were never reported.

Ms. Lewis refused to file a voluntary statement and said, "she didn't want anything on file."

Officer Sifuentes is forwarding information to the Yakama Nation Prosecutor's Office for charges of assault with a deadly weapon, threats and intimidation, and assault and battery domestic violence.

| | |
|---|---|
| 4 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed |

Prob12C
**Re: Culps, Jr., Patrick Dale**
**February 10, 2020**
**Page 5**

**Supporting Evidence**:  Mr. Culps is considered to be in violation of his supervised release conditions by failing to report to the probation office as instructed on January 28, 2020.

On January 31, 2019, Mr. Culps reported to the probation office upon his release from custody.  Mr. Culps reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

On January 27, 2020, Mr. Culps reported in person to the probation office.  Due to his inability to produce a specimen for urinalysis testing, he was instructed to report to the probation office in person on January 28, 2020.

On January 28, 2020, Mr. Culps failed to report to the probation office as instructed.

5  **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Culps is considered to be in violation of his supervised release conditions by consuming marijuana on or about December 30, 2019, and failing to provide a specimen for urinalysis testing on January 27 and 28, 2020.

On January 31, 2019, Mr. Culps reported to the probation office upon his release from custody.  Mr. Culps reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

On December 30, 2019, Mr. Culps reported to the probation office.  He submitted to urinalysis (UA) testing and the specimen was sent to Alere Laboratory for testing.

On January 3, 2020, the UA results were confirmed positive for marijuana.

On January 27, 2020, Mr. Culps reported in person to the probation office.  Mr. Culps was instructed to submit to UA testing.  Mr. Culps could not produce a urine sample.  Mr. Culps was instructed to return to the probation office on January 28, 2020, and submit to UA testing.

On January 28, 2020, Mr. Culps failed to report to the probation office for UA testing.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/10/2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
Re: Culps, Jr., Patrick Dale
February 10, 2020
Page 6

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/11/2020

Date